IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION INC., ET AL., | : | |
| Plaintiffs, | : | NO. 16-4504-EGS |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LEHIGH, | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Please enter by appearance on behalf of the Defendant, County of Lehigh.

RESPECTFULLY SUBMITTED:

**NORRIS, MCLAUGHLIN & MARCUS, P.A.**

By:  *Thomas M. Caffrey*
Thomas M. Caffrey, Esquire
Attorney I.D. No. 46558
515 W. Hamilton Street
Suite 502
Allentown, PA 18101
610-391-1800 phone
610-391-1805 fax