IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ET AL., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | 5:16-cv-4504 |
| v. | : : | |
| THE COUNTY OF LEHIGH, Defendant. | : : | |

## NOTICE OF INITIAL PRETRIAL CONFERENCE

Please be advised that an initial pretrial conference has been scheduled before Judge Edward G. Smith in the above-captioned case.  The conference will be held at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042 on **Wednesday, November 30, 2016,** at **10:30 a.m.**

A copy of the Policies and Procedures for Judge Smith is available on the court's website at https://www.paed.uscourts.gov.  Prior to the initial pretrial conference, the parties should confer and prepare a joint report pursuant to Federal Rule of Civil Procedure 26(f).  This joint report should be e-mailed to chambers no later than three days prior to the initial pretrial conference.  The parties shall commence discovery **immediately.**  Requests to reschedule this conference are strongly discouraged, and the conference will only be continued when compelling circumstances so require.

BY THE COURT:

By: _/s/ Shana Restucci_
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov

Dated:   November 4, 2016