IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEPHEN MEHOLIC, DAVID SIMPSON, JOHN BERRY, AND CANDACE WINKLER, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 16-4504 |
| v. | : : | |
| THE COUNTY OF LEHIGH, | : : | |
| Defendant. | : | |

## SCHEDULING ORDER

**AND NOW**, this 30th day of November, 2016, after an initial pretrial conference with counsel, it is hereby **ORDERED** as follows:

1. The parties shall complete all discovery by **March 10, 2017**;

2. The parties shall file any dispositive motions by **April 7, 2017**;

3. The parties shall file opposition to any dispositive motions by **May 5, 2017**;

4. The court shall hold oral argument on the parties' dispositive motions on **Thursday, May 11, 2017,** at **1:30 p.m.**; and

5. Counsel are encouraged to inform the court if at any time they determine that a settlement conference may be helpful. The court will schedule a settlement conference upon agreement of all counsel.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.