APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION | : | CIVIL ACTION |
| v. | : | |
| THE COUNTY OF LEHIGH | : | NO. 5:16-cv-04504 |

### ORDER

AND NOW, this 10th Day of April, 2017, it is hereby

ORDERED that the application of Elizabeth Cavell, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.