IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEPHEN MEHOLIC, DAVID SIMPSON, JOHN BERRY, AND CANDACE WINKLER, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 16-4504 |
| v. | : : | |
| THE COUNTY OF LEHIGH, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of May, 2017, after a telephone conference with counsel, it is hereby **ORDERED** that the oral argument on the parties' dispositive motions currently scheduled for June 7, 2017 is **RESCHEDULED** to **Tuesday, June 13, 2017,** at **9:30 a.m.**

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.