IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEPHEN MEHOLIC, DAVID SIMPSON, JOHN BERRY, AND CANDACE WINKLER, | : : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 16-4504 |
| | : | |
| v. | : | |
| | : | |
| THE COUNTY OF LEHIGH, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of September, 2017, after considering the parties' cross-motions for summary judgment (Doc. Nos. 18, 19, 20), the parties' statements of undisputed facts (Doc. Nos. 19-1, 20-2), the parties' responses to the motions for summary judgment (Doc. Nos. 24, 25), the various documents attached to the aforementioned filings, and the parties' argument before the court on June 13, 2017 (Doc. No. 26); accordingly, and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.    The plaintiffs' motion for summary judgment (Doc. Nos. 18, 20) is **GRANTED**;

2.    The defendant's motion for summary judgment (Doc. No. 19) is **DENIED**;

3.    Judgment is **ENTERED** in favor of the plaintiffs, Freedom from Religion Foundation, Inc., Stephen Meholic, David Simpson, John Berry, and Candace Winkler;

4.    The plaintiffs shall provide the court with a proposed injunction in accordance with the court's memorandum opinion within fourteen (14) days of this order; and

5.	If the defendant objects to the plaintiffs' proposed injunction, it shall file such objections within fourteen (14) days of the filing of the proposed injunction.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.