IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEPHEN MEHOLIC, DAVID SIMPSON, JOHN BERRY, AND CANDACE WINKLER, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 16-4504 |
| v. | : : | |
| THE COUNTY OF LEHIGH, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of October, 2017, it is hereby **ORDERED** that the court will hold a telephone conference on **Friday**, **October 13**, **2017** at **2:30 p.m.** The plaintiffs' counsel will initiate the telephone conference by contacting the undersigned's Civil Deputy Clerk at 610-333-1833 after all parties are present on the call.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.