IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEPHEN MEHOLIC, DAVID SIMPSON, JOHN BERRY, AND CANDACE WINKLER, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 16-4504 |
| v. | : : | |
| THE COUNTY OF LEHIGH, | : : | |
| Defendant. | : | |

## ORDER

For the reasons set forth in the Emergency Consent Motion for Extension of Time to File Notice of Appeal filed by the defendant the County of Lehigh, and finding good cause, it is hereby **ORDERED** that the defendant's motion is **GRANTED**, and the defendant's time for filing a notice of appeal from this Court's September 28 Order (Doc. No. 28) is hereby **EXTENDED** by thirty days from today's date.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.