UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-3581

Freedom from Religion Foundation, Inc.;
Stephen Meholic; David Simpson; John Berry; Candace Winkler

v.

The County of Lehigh,
                    Appellant

Present: HARDIMAN, KRAUSE, and BIBAS, *Circuit Judges*.

_____ORDER_____

The above-captioned appeal is held c.a.v. pending the resolution by the Supreme Court of the United States of the two consolidated cases, *American Legion, et al. v. American Humanist Association, et al.*, No. 17-1717, and *Maryland-National Capital Park and Planning Commission v. American Humanist Association, et al.*, No. 18-18.

                            By the Court,

                            s/ *Thomas M. Hardiman*
                            Circuit Judge

Dated: November 7, 2018
Tmm/cc: Patrick C. Elliott, Esq.
Marcus B. Schneider, Esq.
Joseph Davis, Esq.
Eric S. Baxter, Esq.
Thomas M. Caffrey, Esq.
Diana Marie Verm, Esq.
Richard B. Katskee, Esq.
T. Ray Guy, Esq.
Gregory Chafuen, Esq.
Randall L. Wenger, Esq.
Gregory Dolin, Esq.
Stephanie N. Taub, Esq.
Michael D. Berry, Esq.
David A. Cortman, Esq.

Kristen K. Waggoner, Esq.
Jonathan A. Scruggs, Esq.
Samuel S. Sadeghi, Esq.
Cory R. Liu, Esq.