UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3581
_____

FREEDOM FROM RELIGION FOUNDATION, INC.;
STEPHEN MEHOLIC; DAVID SIMPSON;
JOHN BERRY; CANDACE WINKLER

v.

THE COUNTY OF LEHIGH,
  Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5:16-cv-04504)
District Judge: Honorable Edward G. Smith
_____

Argued September 7, 2018
Before: HARDIMAN, KRAUSE, and BIBAS, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on September 7, 2018. On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the judgment and order of the United States District Court for the Eastern District of Pennsylvania entered November 2, 2017, be and the same is hereby REVERSED, the injunction is VACATED, and the matter is REMANDED with instruction to the District Court to enter judgment in favor of Appellant The County of Lehigh. All of the above in accordance with the Opinion of this Court.

Costs shall be taxed against Appellee.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 8, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** August 30, 2019

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

Costs Taxed in Favor of Appellant
County of Lehigh as follows:

Appeal Fee............................$500.00
Brief......................................$148.90
Reply Brief............................$108.40
Appendix...............................$43.20
Appendix Vol. 1......................$220.20
Appendix Vol. 2......................$38.40
Total......................................$1059.1