IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEPHEN MEHOLIC, DAVID SIMPSON, JOHN BERRY, AND CANDACE WINKLER, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 16-4504 |
| v. | : : | |
| THE COUNTY OF LEHIGH, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 5th day of September, 2019, pursuant to the instruction by the Third Circuit Court of Appeals in a judgment entered on August 8, 2019 (Doc. No. 50) and the corresponding opinion, *Freedom from Religion Foundation, Inc. v. County of Lehigh*, 933 F.3d 275 (3d Cir. 2019), it is hereby **ORDERED** as follows:

1. Judgment is **ENTERED** in favor of the defendant, The County of Lehigh, and against the plaintiffs, Freedom from Religion Foundation, Inc., Stephen Meholic, David Simpson, John Berry, and Candace Walker; and

2. The clerk of court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.